PHILLIP A. TALBERT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CARLOS HUMBERTO CALEL, and <br> JAIRO LEONIDAS RAYMUNDO-CUA <br><br> Defendants. | CASE NO. 2:22-CR-0054-TLN <br><br> STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER <br><br> DATE: August 4, 2022 <br> TIME: 9:30 a.m. <br> COURT: Hon. Troy L. Nunley |

**STIPULATION**

1.   By previous order, this matter was set for status on August 4, 2022.

2.   By this stipulation, defendants now move to continue the status conference until September 8, 2022, at 9:30 a.m., and to exclude time between August 4, 2022, and September 8, 2022, under Local Code T4.

3.   The parties agree and stipulate, and request that the Court find the following:

   a)   The government has represented that the discovery associated with this case includes approximately 383 pages of investigative reports, photographs, and other documents, as well as audio and video recordings. All of this discovery has been either produced directly to counsel and/or made available for inspection.

b)  On or about May 10, 2022, Attorney Marion Helen Titus substituted into the case as counsel of record for defendant Carlos Calel.

c)  Counsel for defendants desire additional time review and inspect the discovery, to conduct factual investigation and legal research, to evaluate potential responses to the charges, to consult with their clients, and to otherwise prepare for trial.

d)  Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e)  The government does not object to the continuance.

f)  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g)  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 4, 2022 to September 8, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  August 1, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ DAVID W. SPENCER
DAVID W. SPENCER
Assistant United States Attorney

| | |
|---|---|
| Dated:  August 1, 2022 | /s/ MARION H. TITUS<br>MARION H. TITUS<br>Counsel for Defendant<br>CARLOS HUMBERTO CALEL |
| Dated:  August 1, 2022 | /s/ MIA CRAGER<br>MIA CRAGER<br>Counsel for Defendant<br>JAIRO LEONIDAS RAYMUNDO-CUA |

## ORDER

IT IS SO FOUND AND ORDERED this 1st day of August, 2022.

_____
Troy L. Nunley
United States District Judge