PHILLIP A. TALBERT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:22-CR-0054-TLN |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| CARLOS HUMBERTO CALEL, | DATE: September 8, 2022<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |
| Defendant. | |

**STIPULATION**

1. By previous order, this matter was set for status on September 8, 2022.

2. By this stipulation, defendant now moves to continue the status conference until October 27, 2022, at 9:30 a.m., and to exclude time between September 8, 2022, and October 27, 2022, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes approximately 383 pages of investigative reports, photographs, and other documents, as well as audio and video recordings. All of this discovery has been either produced directly to counsel and/or made available for inspection.

    b)  On or about May 10, 2022, Attorney Marion Helen Titus substituted into the case as counsel of record for defendant Carlos Calel.

    c)  Counsel for defendant desires additional time review and inspect the discovery, to conduct factual investigation and legal research, to evaluate potential responses to the charges, to consult with her client, and to otherwise prepare for trial.

    d)  Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    e)  The government does not object to the continuance.

    f)  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    g)  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 8, 2022 to October 27, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

  4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

  IT IS SO STIPULATED.

Dated:  September 6, 2022          PHILLIP A. TALBERT
                       United States Attorney

                       /s/ DAVID W. SPENCER
                       DAVID W. SPENCER
                       Assistant United States Attorney

Dated:  September 6, 2022	/s/ MARION H. TITUS
MARION H. TITUS
Counsel for Defendant
CARLOS HUMBERTO CALEL

## ORDER

IT IS SO FOUND AND ORDERED this 6th day of September, 2022.

Troy L. Nunley
United States District Judge

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3