Mario Tafur, Esq. (SBN: 329899)
**BULLDOG LAW. P.C.**
500 N. Central Ave, Suite 610
Glendale, CA 91203
(818)649-3007
(626) 227-0505 – Fax
Email: mario@thebulldog.law
elsy@thebulldog.law

Attorney for *defendant,*
Carlos Humberto Calel

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.: 2:22-CR-0054-TLN |
|---|---|
| *Plaintiff*, | |
| vs. | **JOINT STIPULATION AND ORDER TO CONTINUE SENTENCING** |
| CARLOS HUMBERTO CALEL, | DATE: SEPTEMBER 12, 2024<br>TIME: 9:30 A.M.<br>COURT:<br>HON. TROY L. NUNLEY |
| *Defendant.* | |

Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of record, United States Attorney for the Eastern District of California and Assistant U.S. Attorneys David W. Spencer, and defendant CARLOS HUMBERTO CALEL("defendant"), by and through his counsel of record, Mario Tafur, Esq., hereby agree and stipulate as follows:

The Sentencing Hearing is currently scheduled for September 12, 2024, at 9:30 a.m., before Judge Troy L. Nunley's Court. The parties are stipulating to have the sentencing be continued to October 10, 2024, at 9:30 a.m.

///

Defendant Carlos Calel's counsel Mario Tafur desires a continuance because he has been ordered to start a trial that will begin September 9, 2024, in San Luis Obispo County and trial is expected to last 1-2 weeks. Counsel will also like an opportunity to have probation look at the notes from his interview with his client to determine if an amended report would be warranted.

Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The government does not object to the continuance.

By this stipulation, the parties request that the Court continue the resentencing hearing from September 12, 2024, to October 10, 2023, at 9:30 a.m., or to such other time thereafter as is convenient to the Court.

**IT IS SO STIPULATED**:

Dated: September 6, 2024                     PHILLIP A. TALBERT
                                             United States Attorney

                                             *s/David Spencer*
                                             David W. Spencer
                                             Assistant United States Attorney


Dated: September 6, 2024                     BULLDOG LAW. P.C.

                                             By    *s/Mario Tafur*
                                             Mario Tafur
                                             Attorney for Defendant
                                             Carlos Humberto Calel

**ORDER**

IT IS SO FOUND AND ORDERED this 10th day of September 2024.

_____
Troy L. Nunley
United States District Judge