HEATHER E. WILLIAMS, SBN #122664
Federal Defender
DAVID M. PORTER, SBN #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFONIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS HUMBERTO CALEL,<br><br>Defendant. | No. 2:22-cr-054-TLN<br><br>**REQUEST FOR EXTENSION OF TIME; ORDER**<br><br>**RETROACTIVE CRIMINAL HISTORY CASE**<br><br>Judge:  Honorable TROY L. NUNLEY |

On April 29, 2025, the Court issued a briefing schedule in the above-entitled matter pursuant to General Order 670.  ECF 78.  The filing deadline was not properly calendared by the undersigned, for which he apologizes.

Accordingly, the undersigned requests an extension of time to June 30, 2025, given the need to communicate with Mr. Calel through the U.S. Postal System, regarding his pro se motion, and prays the Court issue the proposed order lodged herewith.  Counsel for the government, Assistant U.S. Attorney Shelley D. Weger, graciously indicated she has no opposition.  This is the first request for extension, and is not interposed to unduly delay

///

///

///

///

1  the proceedings, gain an unfair advantage, or for any other improper purpose.

2  Dated:  May 29, 2025

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

 /s/ *David M. Porter*
DAVID M. PORTER
Assistant Federal Defender

# ORDER

Pursuant to defense counsel's request, and good cause appearing therefor, the request is **GRANTED**. The time for the Office of the Federal Defender to file a notice of its intent to assume representation, set forth in this Court's April 29, 2025, minute order, ECF 78, is extended to June 30, 2025.

Dated: May 30, 2025

_____
Troy L. Nunley
Chief United States District Judge